**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: January 06, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KEESHA P. THOMPSON | : | Case No. 05-62731 |
| | : | |
| Debtor(s). | : | Chapter 13 (JUDGE    CALDWELL) |

**AGREED ORDER GRANTING
DEBTOR'S MOTION FOR RECONSIDERATION (Doc. No. 55)**

This matter came before this Court on the Debtor's Motion for Reconsideration (Doc. No. 55) of the Court's Order Dismissing this Case (Doc. No. 51) and it being made to appear to the Court that the Debtor's motion was filed on November 16, 2010; that more than twenty-one days have elapsed since the filing of the motion; that no memorandum in opposition thereto has been filed; that this case should be reinstated for purposes of ruling on the Debtor's Motion for an Order to Debtor's first mortgagee to Adjust its Books and Records (the previously filed motion [Doc No. 50] having been overruled as a result of the dismissal of this case), which, if granted, will result in Debtor being able to

complete the plan, and the Court, being fully advised in the premises, finds said motion to be well taken and it is, therefore, by the Court

ORDERED that Debtor's Motion for Reconsideration (Doc. No. 55) be and the same is hereby granted. This case is hereby reinstated. It is further

ORDERED that Debtor be granted leave to refile her Motion for an Order to Adjust Books and Records within five days of the date of entry of this order. It is further

ORDERED that if the Debtor's Motion for an Order to Adjust Books and Records is found not to be well taken, the Chapter 13 Trustee shall be given leave to submit an order of dismissal.

IT IS SO ORDERED.

APPROVED:


/s/Frank M. Pees by TRS per WA 03 Jan 11
Frank M. Pees
Standing Chapter 13 Trustee


**/s/Theodore R. Saker, Jr.**
Theodore R. Saker, Jr.     (0023292)
Case Attorney for Debtor


Copies to:

All Creditors and Parties in Interest


###