**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: February 04, 2011**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-62731 |
| Keesha P. Thompson, | : | Chapter 13 |
| Debtor. | : | Judge Charles Caldwell |

**ORDER DENYING DEBTOR'S MOTION TO ORDER LENDER ADJUST BOOKS AND RECORDS REGARDING DEBTOR'S REAL ESTATE (DOC. NO. 60)**

Debtor Keesha Thompson filed a "motion to adjust" with the Court, requesting an order requiring her lender, US Bank Home Mortgage, "show upon its books and records that Debtor has paid all arrearages, interests, costs, expenses and claims…." In support of her motion, Debtor pleads a number of facts regarding the status of her mortgage payments as according to US Bank's mortgage statement provided to Debtor. Ultimately, Debtor calls upon the Court to require US Bank to adjust its schedules, disburse monies from a "suspense account," and recalculate its balance amounts.

Upon review, the Court cannot grant Debtor's motion. Debtor does not plead a plausible claim predicated upon any statutory or procedural basis. *See Ashcroft v. Iqbal*, 556 U.S. ___, 129 S. Ct. 1937, 1951–52 (2009) (holding that pleadings must "plausibly suggest an entitlement to relief."). Here, Debtor has issue with her lender's accounting procedures; however, there is no basis by which Debtor's issue can be resolved. *See* 11 U.S.C. § 506; Fed. R. Bankr. P. 7001(2) (declaring that adversary proceedings are necessary to determine the value of a lien); 11 U.S.C. § 524(i) (providing for sanctions against creditors who violate the stay injunction upon a showing of "material injury" to the debtor). After a searching inquiry of Debtor's motion, no basis exists for Debtor to be provided the order she seeks.

Accordingly, Debtor's motion to adjust is **DENIED**.

**IT IS SO ORDERED**

Copies to:

Default List

US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 43201